FILED

2007 JUN -6  AM 10: 02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA L. MYERS, f.k.a. DARLA L. RAYMOND,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LHR, INC., and S & P CAPITAL INVESTMENTS, INC.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 06cv0248 JM(LSP)<br><br>ORDER GRANTING MOTION TO STRIKE ANSWER OF S & P INVESTMENTS, INC.; ENTERING DEFAULT AGAINST S & P INVESTMENTS, INC. |

　　　　Plaintiff moves to strike the answer of Defendant S & P Investments, Inc. ("S & P") and for entry of default on the ground that a corporate entity may not appear <u>in propria persona</u>. On March 7, 2006, S & P filed an answer through counsel of record, Timothy Johnson, Esq. On December 5, 2006 the court granted Mr. Johnson's motion to be relieved as counsel of record. The court required S & P to obtain new counsel no later than by October 12, 2006. S & P has failed to obtain counsel or otherwise indicate its intention to do so.

　　　　It is well-established that "corporations and other unincorporated associations must appear in court through an attorney." <u>D-Beam Ltd. Partnership v. Roller Derby Skates, Inc</u>, 366 F.3d 972, 973-74 (9th Cir. 2004) (quoting <u>Licht v. Am.W.Airlines</u>, 40 F.3d 1058, 1059 (9th Cir. 1994)); L.R. 83.3(k). In light of S & P's failure to appear and defend this action, the court grants Plaintiff's motion to strike the answer of S & P and enters default against S & P.

In sum, the motion to strike the answer is granted and the Clerk of Court is instructed to enter default against S & P.

**IT IS SO ORDERED.**

DATED: ___6/4___, 2007.

*/s/ Jeffrey T. Miller*
JEFFREY T. MILLER
United States District Judge

cc:   All parties